# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| TIMOTHY L. BERTSCHY, Receiver, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 12-CV-2078 |
| ) | |
| COMPREHENSIVE CAPITAL ) | |
| MANAGEMENT, INC., and ) | |
| COMPREHENSIVE ASSET ) | |
| MANAGEMENT & SERVICING, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action, be dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs. A copy of the Proposed Dismissal Order is attached as Exhibit "A".

| | |
|---|---|
| DATED:  April 28, 2014 | Respectfully submitted, |
| /s/ Patrick E. Poston | /s/ Jeffrey Baltruzak |
| Timothy L. Bertschy<br>Patrick E. Poston<br>Andrew Keyt<br>Brian Smith<br>Greg Rastatter<br>Stacy Crabtree<br>HEYL, ROYSTER, VOELKER & ALLEN<br>124 SW Adams Street, Suite 600<br>Peoria, Illinois 61602<br>(309) 676-0400<br>tbertchy@heylroyster.com<br>pposton@heylroyster.com<br>akeyt@heylroyster.com<br>bsmith@heylroyster.com<br>grastatter@heylroyster.com<br>scrabtree@heylroyster.com<br><br>*Attorneys for Plaintiffs Timothy L. Bertschy, Receiver and Plaintiffs Sentara Healthcare, TIC Holdings, Inc., and Susan Patterson, as Successor Trustee of the Arthur T. Hamilton Trust Dated May 9, 1995 and the Elizabeth F. Hamilton Trust Dated May 9, 1995* | Steven S. Scholes<br>Steven H. Hoeft<br>Jeffrey Baltruzak<br>Kirk Watkins<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>(312) 372-2000<br>sscholes@mwe.com<br>shoeft@mwe.com<br>jbaltruzak@mwe.com<br>kwatkins@mwe.com<br><br>*Attorneys for Defendant Comprehensive Capital Management, Inc. and Comprehensive Asset Management & Servicing, Inc.* |

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on April 28, 2014, I electronically filed the foregoing Stipulation and Proposed Order for Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

                        /s/ Jeffrey Baltruzak

DM_US 51522266-1.089124.0014